IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| HOOSIER ENVIRONMENTAL COUNCIL, ET AL., <br><br> Petitioners, <br><br> v. <br><br> ENVIRONMENTAL PROTECTION AGENCY AND MICHAEL S. REGAN, ADMINISTRATOR, U.S. ENVIRONMENTAL PROTECTION AGENCY, <br><br> Respondents, <br> _____ <br><br> BATTERY COUNCIL INTERNATIONAL, <br><br> Intervenor. | Case No. 23-1119 |

## UNOPPOSED MOTION FOR ABEYANCE AND VACATUR OF BRIEFING SCHEDULE

Respondent Environmental Protection Agency, et al., ("EPA"), respectfully requests a short abeyance until December 1, 2023, and vacatur of the remainder of the briefing schedule entered on August 1, 2023. Petitioners Hoosier Environmental Council, et al., and Intervenor Battery Council International (collectively, along with EPA, the "Parties") do not oppose this motion.

In support of this motion, Respondent states as follow:

1. This case challenges EPA's final agency action taken in "New Source Performance Standards Review for Lead Acid Battery Manufacturing Plants and National Emission Standards for Hazardous Air Pollutants for Lead Acid Battery Manufacturing Area Sources Technology Review," published in the Federal Register at 88 Fed. Reg. 11,556 (February 23, 2023).

2. On August 31, 2023, Petitioners filed their opening brief. ECF Doc. No. 2015004. EPA's deadline to file its response brief is currently November 14, 2023.

3. Following review of Petitioners' opening brief, EPA has apprised Petitioners that it intends to file a voluntary motion for remand of the record under D.C. Circuit Rule 41(b) to clarify the record and provide a fuller explanation of its decision and response to Petitioners' comments.

4. Petitioners have advised EPA that they would like an opportunity to discuss EPA's plans for conducting a remand with the Agency prior to forming a position on the intended motion for remand. Because EPA's deadline to file its response brief is currently November 14, 2023, and the additional time requested herein might enable the Parties to avoid contested motions practice, EPA requests that this case be held in abeyance until December 1, 2023. On that date, EPA intends to file a motion for remand of the record, and the Parties will file a motion

(or motions) to govern further proceedings, including how to address the pending merits briefing.

5.  As the anticipated motion(s) to govern will address whether and how to proceed with the merits briefing, Respondent also requests that this Court vacate the current briefing schedule.

6.  For these reasons, Respondent respectfully requests this Court grant this motion, place the case in abeyance until December 1, 2023, and vacate the remainder of the current briefing schedule.

Dated: November 3, 2023

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment and Natural Resources
  Division

 */s/ Jeffrey Hammons*
JEFFREY HAMMONS
U.S. Department of Justice
Environment and Natural Resources
  Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-6925
jeffrey.hammons@usdoj.gov

*Counsel for Respondents*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 352 words, excluding those parts exempted by Rule 32(f).

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5)(A) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word Times New Roman 14-point font.

/s/ *Jeffrey Hammons*
JEFFREY HAMMONS

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2023, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Jeffrey Hammons*
JEFFREY HAMMONS