United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 23-1119　　　　　　　　　　　　　　　September Term, 2023
　　　　　　　　　　　　　　　　　　　　　　　EPA-88FR11556

Filed On: April 19, 2024

Hoosier Environmental Council, et al.,

　　　　Petitioners

　　v.

Environmental Protection Agency and Michael S. Regan, Administrator, U.S. Environmental Protection Agency,

　　　　Respondents

------------------------------

Battery Council International,
　　　　Intervenor

**BEFORE:**　Rao, Walker, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion to participate as amicus curiae, the opposition thereto, and the reply; and the unopposed motion for voluntary remand without vacatur, it is

**ORDERED** that the motion for voluntary remand without vacatur be granted and that this case be remanded to the Environmental Protection Agency for further proceedings. It is

**FURTHER ORDERED** that the motion to participate as amicus curiae be dismissed as moot.

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 23-1119**                            **September Term, 2023**

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue the mandate forthwith

**Per Curiam**

                                   **FOR THE COURT:**
                                   Mark J. Langer, Clerk

                  BY:     /s/
                                   Selena R. Gancasz
                                   Deputy Clerk